**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>RONALD R WEEKS<br>331 MOONEYHAM ROAD<br>SUMTER, SC  29153<br><br>DEBTOR<br><br>SS#1: XXX-XX-7860 | CHAPTER 13<br><br>CASE NO.:  06-06036-dd |

**TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**

Enclosed from the office of Joy S. Goodwin, Trustee for the above referenced case is Check No. 863000 in the amount of $3,483.80 representing monies designated as dividends to creditors as follows:

CREDITOR NAME:
PARTNERS FINANCIAL SER
30 HENRY AVE
ELLISVILLE, MO  63011-2134

CLAIM #:              11
REASON FOR RETURN:    Failure to Clear
AMOUNT:               $3,483.80

Date: June 20, 2012

/s/ Joy S. Goodwin, Chapter 13 Trustee
1813 Laurel Street
Columbia, SC 29201
Phone: (803) 779-5180
Fax:   (803) 765-0167
E-mail: pleadings@ch13trustee.net