**EXHIBIT A TO SC LBR 3011-1**

**FILED**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

2014 AUG 14  AM 11: 12

U.S. BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

IN RE:

Ronald R. Weeks

CASE NO:  0606036-dd
CHAPTER:  13

MOTION FOR PAYMENT
OF UNCLAIMED DIVIDENDS

DEBTOR(S)

Now appears __PFS, INC.__ ("Movant") and states that __PFS, INC.__ (name of the "Claimant")[1] is entitled to $ __3483.80__ ("Unclaimed Funds") held in the United States Treasury in this case pursuant to 11 U.S.C. § 347(a) and as set forth in the attached supporting documents required by SC LBR 3011-1. For the following reasons, __RONALD R WEEKS__ (INSERT NAME OF OWNER OF RECORD)[2] did not negotiate the original disbursement:_____

Movant represents that the Claimant is entitled to receive the Unclaimed Funds and that no other party is entitled to the Unclaimed Funds based upon: (check the statement(s) that apply)

____ Claimant is the Owner of Record entitled to said Unclaimed Funds as appearing on the records of this Court (if the Owner of Record or Claimant is a corporate entity or partnership, attach the documentation required by SC LBR 3011-1(e)(1)(A)).

__X__ Claimant obtained title to the Unclaimed Funds by assignment, purchase, merger, acquisition, succession or by other means (attach the documentation required by SC LBR 3011-1(e)(2)).

____ Movant is a representative of a Decedent's Estate (attach the documentation required by SC LBR 3011-1(e)(3)).

____ Movant is a Claimant Representative and is named in the attached Power of Attorney by the owner of the unclaimed funds, valid under the laws of the State of South Carolina, which empowers Movant to collect the Unclaimed Funds described above on behalf of the rightful owner (attach the documentation required by SC LBR 3011-1(e)(4)).

Further, Movant is submitting, with this Motion, Exhibit B to SC LBR 3011-1 and providing the identifying information required therein.

WHEREFORE, the Movant submits to the jurisdiction of this Court and requests that an order be entered directing payment of the Unclaimed Funds described above to __PFS, INC.__ (INSERT NAME OF CLAIMANT/PAYEE)[3] and mailed to __403 AXMINISTER, FENTON, MO 63026__ (INSERT ADDRESS WHERE PAYMENT IS TO BE MAILED).

---

[1] "Movant" and "Claimant" are defined by SC LBR 3011-1.
[2] Owner of Record is the original payee.
[3] Payment will only be issued to the claimant.

I, HOLLY MCNABB _____, hereby declare under penalty of perjury that the foregoing is true and correct and state that I am the Movant in the above-named case and request payment of the Unclaimed Funds pursuant to SC LBR 3011-1. On JULY 16, 2014 _____ (INSERT DATE) __, I served a copy of this motion and attachments on:

United States Attorney for the District of South Carolina
1441 Main Street, Suite 500
Columbia, SC 29201

Name of Movant  PARTNERS FINANCIAL SERVICES, INC.

Movant's Phone No. 800-926-1303

Previous Mailing Address of the Original Owner of Record _____

Current Mailing Address of the Claimant  403 AXMINISTER, FENTON, MO 63026

Current Mailing Address of the Original Owner of Record  331 MOONEYHAM ROAD, SUMTER, SC 291536

_____
Signature of Movant

I, Kelly Konradt _____, a notary public for the State of Missouri _____, certify that I have examined the Motion for Payment of Unclaimed Dividend and documentation of the Movant, which establishes identity, and the above motion was subscribed and sworn to before me in St. Louis _____, (city/town), Missouri _____ (state), this day of July 16 _____, 2014 ____.

_____ (seal)
Notary Public
My commission expires: 5/16/15

KELLY R. KONRADT
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: May 16, 2015
Commission Number: 11396469