Form 323BNC  (Revised 04/23/2014)

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 06–06036–dd                    Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*
Ronald R. Weeks
aka Ronald R. Weeks Sr.
331 Mooneyham Road
Sumter, SC 29153

SSN: xxx–xx–7860

|  |
| --- |
| **Filed By The Court** |
| **8/22/14** |
| **Laura A. Austin** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

**NOTICE OF DEFICIENCY RE: UNCLAIMED DIVIDENDS**

To: Partners Financial Services, Inc.

You have submitted to the Court a motion for payment of unclaimed dividends on August 14, 2014. The motion is deficient for the following reason(s):

- ☑ Motion does not list the original creditor's information/address as listed on the schedules or proof of claim;
- ☐ Motion does not give a complete history from the original claimant to the party requesting the funds;
- ☐ Motion and applicable documents have not been served upon the United States Attorney for the District of South Carolina;
- ☐ Amount requested is not consistent with the amount indicated in the Court's claim registry;
- ☐ Claim or amount is for joint claimant and only one claimant has signed the motion (all claimants must sign motion);
- ☐ Motion has not been submitted utilizing forms in substantial conformity with SC LBR 3011–1;
- ☐ The information in the Motion is not complete with respect to the following:
- ☐ The moving party is acting under a power of attorney but is not represented by an attorney;
- ☐ Motion has not been notarized;
- ☐ Motion does not provide certified copies of the probate documents establishing the movant's right to act on behalf of a deceased claimant's estate;
- ☐ Exhibit B to SC LBR 3011–1 was not submitted;
- ☐ The tax identification number or social security number of the claimant/payee has not been provided;
- ☑ Proof of identification of the claimant/payee has not been provided;
- ☑ Other: **Motion does not list the original creditor's information/address as listed on the schedules or proof of claim; No photo copy of picture ID of movant's representative (Holly McNabb); The W–9 form is dated: "7/16/15"? and should be refiled; Claimant checked the box indicating "assignment" of funds, instead of "owner of record", and there is no Assignment of Claim on the docket/claims register.**

Please cure the deficiency within (10) days from the entry of this notice, **.**

Upon failure to cure, the Court may enter an order striking the document, denying or dismissing the relief, or providing other adverse ruling without further notice or hearing.

Laura A. Austin
Clerk of Court
United States Bankruptcy Court

By: S Phipps, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 253–3624

Columbia, South Carolina
Dated: 8/22/14

Document: 55 – 53, 54